## TERRENCE BOYD *v.* COMMISSIONER OF CORRECTION

The petitioner Terrence Boyd's petition for certification for appeal from the Appellate Court, 84 Conn. App. 22 (AC 23938), is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*Craig N. Yankwitt* and *Ernest F. Teitell*, in support of the petition.

Decided October 6, 2004

## STATE OF CONNECTICUT *v.* EDWIN SANCHEZ

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 583 (AC 24002), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided October 6, 2004